# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RAMON ALVARADO, JR.,**

    Plaintiff,

v.                                                Case No. 23-CV-165

**JOHN BIRDYSHAW,** *et al.,*

    Defendants.

## ORDER

On March 20, 2023, the court dismissed *pro se* plaintiff Ramon Alvarado, Jr.'s complaint for failure to pay the initial partial filing fee and entered judgment accordingly. (ECF Nos. 7, 8.) The court informed Alvarado that if by April 20, 2023, he paid the initial partial filing fee, he could move to reopen his case. (ECF No. 7 at 2.) On April 7, 2023, Alvarado paid the initial partial filing fee and moved to reopen his case. (ECF No. 9.) Accordingly, the court will vacate the judgment and reopen his case. The court's order screening Alvarado's complaint is forthcoming.

**IT IS THEREFORE ORDERED** that Alvarado's motion to reopen his case (ECF No. 9) is **GRANTED.** The judgment (ECF No. 8) is **VACATED** and his case is **REOPENED.**

Dated at Milwaukee, Wisconsin this 15th day of May, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge