# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RAMON ALVARADO, JR.,**

Plaintiff,

v.                                                          **Case No. 23-CV-165**

**JONATHAN HAWKINS,** *et al.,*

Defendants.

---

## ORDER

---

On November 8, 2023, *pro se* plaintiff Ramon Alvarado, Jr. filed a motion to lift the stay of the case deadlines and a motion for extension of time to respond to the defendants' motion for summary judgment on exhaustion grounds. (ECF No. 31.) On November 15, 2023, Alvarado filed another motion for extension of time to respond to the defendants' motion for summary judgment on exhaustion grounds. (ECF No. 32.)

Alvarado asserts that the defendants did not respond to several of his discovery requests. The defendants state that they provided discovery as it relates to their motion for summary judgment on exhaustion grounds, and that because the court stayed the case deadlines, they do not need to respond to discovery related to the merits of the case. (ECF No. 33.) The court will not reopen discovery at this time. If Alvarado believes he did not get the responses he needs to respond to the defendants' motion for summary judgment on exhaustion grounds, he may file a motion to compel.

As such, the court will deny his motion to reopen discovery. However, the court will grant Alvarado an additional two months to respond to the defendants' motion for summary judgment on exhaustion grounds.

**IT IS THEREFORE ORDERED** that Alvarado's motion to reopen discovery (ECF No. 31) is **DENIED**.

**IT IS FURTHER ORDERED** that Alvarado's motions for extension of time to respond to the defendants' motion for summary judgment on exhaustion grounds (ECF No. 31, 32) is due **March 7, 2024**. Failure to timely response will result in the court accepting all the defendants' facts as true and the court may grant summary judgment in the defendants' favor. The defendants' reply, should they wish to file one, is due in accordance with the applicable local rules.

Dated at Milwaukee, Wisconsin this 8th day of January, 2024.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge

2