# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RAMON ALVARADO, JR.,**

    Plaintiff,

  v.                                                           **Case No. 23-CV-165**

**JONATHAN HAWKINS,** *et al.,*

    Defendants.

## ORDER

On January 29, 2024, *pro se* plaintiff Ramon Alvarado, Jr. filed a motion to stay the deadline to respond to the defendants' motion for summary judgment and a motion to compel discovery. (ECF No. 38.) Regarding the motion to compel, Alvarado states that the defendants have not fully responded to his discovery requests including a copy of his January 29, 2020, complaint and a return letter for the January 29, 2020 complaint dated January 31, 2020. He also states that they refused to provide other prisoners' housing information from April-May 2020.

On February 28, 2024, the defendants filed a letter indicating that they have fully responded to Alvarado's discovery requests and provided all outstanding information requested in Alvarado's motion to compel. (ECF No. 43.) In his reply in support of his motion to compel, Alvarado does not dispute that the defendants have

fully responded to his discovery. As such, the court will deny Alvarado's motion to compel as moot.

As to the motion to stay the deadline to respond to the defendants' motion for summary judgment, Alvarado responded on March 4, 2024. The court denies the motion to stay the deadline as moot.

**IT IS THEREFORE ORDERED** that Alvarado's motion to stay the deadline to respond to the defendants' motion for summary judgment (ECF No. 38) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Alvarado's motion to compel (ECF No. 38) is **DENIED as moot**.

Dated at Milwaukee, Wisconsin this 15th day of April, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge